**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EZZ-ELDIN MOHRAN, | No. 09-71464 |
| Petitioner, | Agency No. A095-127-237 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Ezz-Eldin Mohran, a native and citizen of Egypt, petitions pro se for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review for abuse of discretion the BIA's denial of a motion to reopen and review de novo legal and constitutional claims, including claims of ineffective assistance of counsel. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We grant the petition for review.

The BIA abused its discretion in denying Mohran's motion to reopen by requiring strict compliance with the procedural requirements set forth in *Matter of Lozada*, 19 I. & N. Dec. 637, 639 (BIA 1988). The ineffective assistance of Mohran's prior counsel was plain on the face of the record where the record shows prior counsel mistakenly failed to request voluntary departure before the immigration judge issued his decision. *See Rodriguez-Lariz v. INS*, 282 F.3d 1218, 1227 (9th Cir. 2002).

In light of our disposition, we need not reach Mohran's remaining contentions.

We deny Mohran's motion to submit evidence into the record.

**PETITION FOR REVIEW GRANTED; REMANDED.**